**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR 00-CR 05-041 ML**

**ANTHONY J. MEDEIROS**

## NOTICE OF INTENT TO ENTER PLEA

Now comes the defendant pursuant to Rule 11 of the Federal Rules of Criminal Procedure and hereby notifies the court of his intention to plead guilty to the above-entitled-indictment.

Anthony Medeiros, Defendant

John M. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600

## CERTIFICATION

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this the 10th day of June 2005, to Stephen G. Dambruch, Asst. U.S. Attorney, United States Attorneys Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.