UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-041ML** **DATE: June 17, 2005**

**TITLE: <u>USA v. ANTHONY J. MEDEIROS</u>**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

**IN COURT**

---

**COUNSEL PRESENT:** **AUSA Stephen G. Dambruch - Govt**
**John M. Cicilline for Deft**
**Dennis Jenkins - U.S. Probation**

**PROCEEDINGS: <u>Change of Plea Hearing</u>**

**Deft has filed a Notice of Intent to Enter Plea in lieu of signing a Plea Agreement. Deft is sworn and questioned by the Court. Deft is today unable to provide a full list of the medications that he is presently taking. Mr. Cicilline to provide Court with same before the continuation of this hearing, scheduled for Thu., 6/23/05 at 9:00 a.m.. Deft remains on bond under terms & conditions previously set.**