UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-041ML** **DATE: June 29, 2005**

**TITLE: USA v. ANTHONY J. MEDEIROS**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**



**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Stephen G. Dambruch - Govt**
**John M. Cicilline - for Deft**
**Dennis Jenkins - U.S. Probation**

**PROCEEDINGS:** **Change of Plea Hearing**

**This hearing is cont'd from 6/17/05. Court has been provided with a complete list of the medications that the deft is currently taking. Deft has filed a Notice of Intent to Enter Plea in lieu of signing a Plea Agreement. Deft is sworn and questioned by the Court. Deft is advised of his rights. Govt summarizes the evidence had this case gone to trial. Deft pleads "guilty" to the one count of the Indictment. Court accepts the guilty plea. Sentencing is set for Fri., 9/23/2005, at 9:30 a.m. Deft remains on bond under terms & conditions previously set.**