UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-041ML** **DATE: September 22, 2005**

**TITLE: USA v. ANTHONY J. MEDEIROS**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Stephen G. Dambruch - Govt**
**John M. Cicilline - for Deft**
**Brian Pletcher - U.S. Probation**

**PROCEEDINGS: Sentencing Hearing**

**Court addresses deft's objections to the PSR. Upon govt's motion, the Court assigns an additional one-level decrease re: deft's acceptance of responsibility, and also assigns another two-level decrease re: deft's eligibility for "safety-valve".**

**After argument by counsel, the Court grants the deft's motion for a downward departure based on the deft's physical condition.**

**Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to the one count of the Indictment:**

**15 mos' imprisonment; followed by 3 yrs' supervised release. Special conditions: the deft is ordered to participate in Probation-approved substance-abuse treatment program, to include periodic testing [up to 72 drug tests per year]. $100 special assessment; no fine is imposed. Court recommends to the BOP that this deft be placed in a medical facility (preferably Fort Devens, MA) that can address this deft's medical needs.**

**Deft is to self-surrender to designated facility by 2:00 p.m. on Thu., 10/13/2005. In the meantime, deft remains on bond under terms & conditions previously set.**