**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR 1:05-M-48M**
**CR No. 05-041ML**

**ANTHONY MEDEIROS**

**MOTION TO DISCHARGE LIS PENDENS**

Now comes the defendant, Anthony Medeiros, by and through his counsel in the above-entitled cause and moves this Honorable Court to discharge the lis pendens on the property located at 7 Cassisi Court, North Providence, Rhode Island, recorded in the Office of Recorder of Deeds of the Town of North Providence in the State of Rhode Island, Plat No.3 Lot No. 285. The Defendant has begun serving his sentence at Fort Devens, MA.

Respectfully submitted
Anthony Medeiros
By his attorney,

John M. Cicilline, Esq.
381 Atwells Avenue
Providence, RI 02909
Office (401) 273-5600
Fax (401) 454-5600

**Assented to: Michael P. Iannotti, Esq**
**Assistant U.S. Attorney**

# CERTIFICATION

I, the undersigned, hereby certify that I caused to be delivered a true copy of the within this the 17 day of October, 2005 to **Michael P. Iannotti, Assistant U.S. Attorney,** to the United States Attorney's Office, Rhode Island 02903.

Gina Rosario