RECEIVED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.**

**CR 1:05-M-48M**
**CR No. 05-041ML**

**ANTHONY MEDEIROS**

## ORDER

It is hereby Ordered that the liens and/or lis pendens on the property located at, 7 Cassisi Court, North Providence, Rhode Island, recorded in the Office of Recorder of Deeds of the City of North Providence, in the State of Rhode Island, in Plat Card 3 lot 285 in the name of David and Diane Martin, shall be discharged. The defendant has begun serving his sentence at Fort Devens, MA

**IT IS SO ORDERED.**

Mary M. Lisi
**The Honorable Mary M. Lisi** 10/21/05
**United States District Court**

Entered as an Order of this Court this the 21 day of October 2005.

Barbara Barletta